84,098-01

IN THE COURT OF CRIMINAL APPEALS
STATE OF TEXAS

IN RE: ADRIAN D. ARMENDARIZ

PECOS COUNTY CAUSE NUMBERS 3096, 3097

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 26 2015
Abel Acosta, Clerk

PETITION FOR
WRIT OF MANDAMUS

Comes Now your Applicant Adrian D. Armendariz unrepresented and pro-se to respectfully request this Honorable Court for a Writ of Mandamus referencing the above Pecos County cause numbers 3096 and 3097.

In support thereof Armendariz states as follows:

Armendariz initially filed notification pursuant the Interstate Agreement on Detainers Act (IAD) in the Spring of 2014.

On May 27, 2014 the District Attorney's Office in Fort Stockton, Texas acknowledged receipt of the IAD notification. This paperwork was also sent to the District Court in a request for final disposition motion.

On December 29, 2014 Armendariz submitted a motion to the District Court requesting dismissal of the charges for failure to prosecute. A copy was sent to the Pecos County District Attorney.

After no answer from either entity Armendariz thought he may have done something wrong. He repeated the entire IAD notification process with a motion to the court and service to the prosecutor.

After 200 days Armendariz again motioned the District Court, in June of 2015, to dismiss the charges for failure to prosecute

pursuant the IAD.

It has now been about 4 months and Armendariz has not received any correspondence from either the Court or the DA.

Wherefore, Armendariz respectfully requests this Court, in its supervisory powers, grant this Writ of Mandamus and order the Court below to grant dismissal pursuant the IAD.

Dated: October 13, 2015

CC) File
   1) Clerck, Pecos County
   400 S Nelson
   Fort Stockton, TX 79735

   2) District Attorney,
   400 S Nelson
   Fort Stockton, TX 79735

Under Pentalty of Perjury
this document is --

Respectfully Submitted

s/
Adrian D. Armendariz 18611-380
Federal Correctional Complex
P.O. BOX 1000
Petersburg, VA 23804
unrepresented/ pro-se

STATE OF TEXAS, PECOS COUNTY,

VS.

ADRIAN D. ARMENDARIZ,
DEFENDANT.

COPY

RE: CASE NO. 3096
3097

MOTION TO DISMISS FOR
FAILURE TO PROSECUTE

Comes Now Adrian D. Armendariz unrepresented/pro-se and the defendant in the above captioned cause of action to motion this Honorable Court to enter an order dismissing these causes for the reason of failure to prosecute.

In support thereof Armendariz states as follows:

Movant moves the Court for an order dismissing this action with prejudice for failure to prosecute under the provisions of the Interstate Agreement on Detainers Act (IAD).

On May 27, 2014 the District Attorney's office received Movant's IAD paperwork.

> Article V (c) of the IAD provides:
> If the appropriate authority shall refuse
> or fail to accept temporary custody of
> said person, or in the event that an action
> on the indictment, information, or complaint,
> on the basis of which the detainer has been
> lodged is not brought to trial within the
> period provided for in Article III or Article V
> hereof (180 days), the appropriate court
> of the jurisdiction where the indictment,
> information or complaint has been pending,
> shall enter an order dismissing the same
> with prejudice and any detainer based thereon
> shall cease to be of any force or effect.

The IAD's language requiring such a dismissal is absolute and does not admit for an exception for technical, harmless or "de minimis" violations.

In Alabama v. Bozeman, 533 U.S. 146, 150 L.Ed.2d 188, the leading case regarding the interpretation of the language of the IAD, the U.S. Supreme Court held that: "The agreements language militates against an implicit exception, for it is an absolute as the word "shall" is the language of command".

The 180 days allowed by the IAD expired more than 30 days ago on November 27, 2014.

Wherefore, for the reasons stated herein and in the interest of justice, Armendariz respectfully petitions this Honorable Court to enter an order dismissing all causes of action associated with the above captioned cause. Armendariz would also respectfully request the Court instruct the Court's Clerk to provide him, via U.S. Mail, a copy of said order at the address below.

Dated: December 29, 2014

cc) File
    District Attorney

under penalty of perjury
this document is --

Respectfully Submitted

s/

Adrian D. Armendariz
Reg. No. 18611-380
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA. 23804
unrepresented/pro-se

Copy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lupe Rey_

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

_Lupe Rey_

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Ron Ponton
District Attorney
400 S. Nelson
Fort Stockton, TX 79735

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt Armendariz 8161-380 102595-02-M-1540

A Forte

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lupe Rey_

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

_Lupe Rey_

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Clerk of Court
400 S. Nelson
Fort Stockton, TX 79735

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt Armendariz 18611-380 102595-02-M-1540

Your IAD paperwork was received by the DA on May 27, 2014. Your 180 days starts on that date and ends on Nov. 22, 14. If your case is not taken care of by the end of the 180 days, you will be given a copy of the paperwork to take care of the matter yourself.

A Forte
5-30-14